IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VECTURA LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 16-638-RGA |
| v. | ) | |
| | ) | |
| GLAXOSMITHKLINE LLC and GLAXO GROUP LIMITED, | ) ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

## FINDINGS ON INFRINGEMENT

(The question regarding infringement should be answered regardless of your findings with respect to the validity or invalidity of the patent.)

1. Has Vectura proven by a preponderance of the evidence that GSK has infringed claim 3 of the '991 patent?

    *Checking "yes" below indicates a finding for Vectura*

    *Checking "no" below indicates a finding for GSK*

    Yes ✓     No ____

## FINDINGS ON INVALIDITY

(The question regarding invalidity should be answered regardless of your findings with respect to infringement.)

2. Has GSK proven by clear and convincing evidence that claim 3 of the '991 patent is invalid because the invention would have been obvious?

    *Checking "yes" below indicates a finding for GSK*

    *Checking "no" below indicates a finding for Vectura*

    Yes ____     No ✓

## FINDINGS ON DAMAGES (IF APPLICABLE)

If you answered question 1 "yes" and question 2 "no," answer the following question by filling in either "a)" or "b)," but not both. If you did not answer question 1 "yes" and question 2 "no," do not answer this question.

3. What has Vectura proved by a preponderance of the evidence that it is entitled to as a reasonable royalty for GSK's infringing sales:

    a) on-going royalty payment of __3__ % for a total sum of $ __89,712,069.00__ through December 31, 2018; or

    b) one-time payment of $ _____ for the life of the patent.

## FINDINGS ON WILLFUL INFRINGEMENT

If you answered question 1 "yes" and question 2 "no," answer the following question. If you did not answer question 1 "yes" and question 2 "no," do not answer this question.

4. Has Vectura proven by a preponderance of the evidence that GSK willfully infringed claim 3 of the '991 patent?

   Yes __✓__    No _____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Foreperson should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date: 05/03/2019              By: _S_