IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VECTURA LIMITED,<br><br>      Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE LLC and GLAXO GROUP LIMITED,<br><br>      Defendants. | Civil Action No. 16-638-RGA |

ORDER

For the reasons stated in the accompanying memorandum opinion, IT IS HEREBY ORDERED that Defendants' Motion for Judgment as a Matter of Law, or in the alternative, New Trial or Remittitur (D.I. 336) is DENIED.

Entered this 10 day of September, 2019.

_/s/ Richard G. Andrews_
United States District Judge