IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VECTURA LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-638 (RGA) |
| | ) |
| GLAXOSMITHKLINE LLC and | ) |
| GLAXO GROUP LIMITED, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] FINAL JUDGMENT**

IT IS ORDERED AND ADJUDGED, AND DECREED:

For the reasons stated in the Court's Memorandum Opinions dated September 10, 2019 (D.I. 360) and September 12, 2019 (D.I. 362), and in accordance with the jury's verdict and the entirety of the record:

1. Final Judgment in the amount of $106,993,214 is entered on Counts I, II, and III of the Third Amended Complaint (D.I. 53) for infringement, and willful infringement, of claim 3 of U.S. Patent No. 8,303,991 ("'991 Patent") for Plaintiff Vectura Limited ("Vectura"), and against Defendants GlaxoSmithKline LLC and Glaxo Group Limited ("GSK").

2. Final Judgment is entered for Vectura and against GSK that claim 3 of the '991 Patent is not invalid.

3. Post-judgment interest will be calculated at the Treasury bill rate of 2.37% compounded annually, for the post-judgment period from May 16, 2019 through the date GSK pays Vectura the total sum of $106,993,214; and

4. An ongoing royalty on post-judgment U.S. sales of Breo Ellipta, Anoro Ellipta, and Incruse Ellipta (the "Royalty Bearing Products") beginning on May 17, 2019 through

the June 27, 2021 expiration of the '991 Patent at a royalty rate of 3% of net sales. Payment of the ongoing royalty shall be made on January 1, 2020, with payments made on a quarterly basis thereafter within 60 days of the end of each calendar quarter (March 31, June 30, September 30, and December 31).  Within 30 days of the end of each calendar quarter, GSK shall provide to Vectura quarterly U.S. sales information for each of the Royalty Bearing Products.

5. All other claims (including Counts IV-IX of the Third Amended Complaint) are dismissed with prejudice.

Dated this _____ day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE